# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEWITT WEARY,** *Plaintiff,* | ) ) ) |
| vs. | ) CASE NO.  19-cv-38-RJD ) |
| **ILLINOIS DEPRATMENT OF TRANSPORTATION,** *Defendant.* | ) ) ) ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This matter having come before the Court upon a Stipulation of Dismissal filed by the plaintiff.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on August 9, 2021, this case is DISMISSED with prejudice. Each party to bear their own costs.

**DATED:  August 9, 2021**

**MARGARET M. ROBERTIE**
**CLERK OF COURT**

By: *s/Jamie Melson*
         **Deputy Clerk**

**APPROVED:**

*s/ Reona J. Daly*
**HON. REONA J. DALY**
**UNITED STATES MAGISTRATE JUDGE**